1

2

3

4

5                    **IN THE UNITED STATES DISTRICT COURT**

6                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8   KUWANNA PARTEE,                          No. CIV S-08-2411-CMK

9            Plaintiff,

10       vs.                                 ORDER

11  COMMISSIONER OF SOCIAL
    SECURITY,
12
             Defendant.
13
    _____/
14

15          Plaintiff, who is proceeding with retained counsel, brings this action for judicial

16  review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

17  Pending before the court is plaintiff's stipulated motion for an extension of time to file a

18  dispositive motion.  Good cause appearing therefor, the request is granted.  Plaintiff's motion for

19  summary judgment is due by June 24, 2009.

20          IT IS SO ORDERED.

21

22

23   DATED:  May 21, 2009

24                                          _____
                                            **CRAIG M. KELLISON**
25                                          UNITED STATES MAGISTRATE JUDGE

26

                                            1